UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Kimberly Thornton<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-19210<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER ALLOWING CLAIM 13-1

THIS CAUSE COMING TO BE HEARD on Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That $1,035.86 of Claim 13-1, the late filed claim of Cook County Treasurer is allowed and shall be paid as a secured claim under the terms of the Debtor's confirmed Chapter 13 Plan.

Enter:

*Jacqueline P. Cox*
J. Cx

Dated: APR 20 2020

United States Bankruptcy Judge

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625

Rev: 20120501_bko